**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

CASE NO.: 21-cv-22140-CMA

JESUS GONZALEZ

      Plaintiff,

vs.

DSW SHOE WAREHOUSE, INC.
d/b/a DSW at 3301 Coral Way,
HART MIRACLE MARKETPLACE, LLC
C/O HEITMAN CAPITAL MANAGEMENT LLC PARTNERSHIP

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

      Plaintiff Jesus Gonzalez ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

      1.     Plaintiff has reached an agreement with Defendants DSW Shoe Warehouse, Inc. d/b/a DSW at 3301 Coral Way and Hart Miracle Marketplace, LLC ("Defendants") to resolve the claims against them.

      2.     The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

      Respectfully submitted,

      */s/ J. Courtney Cunningham*
      J. Courtney Cunningham, Esq.
      J. COURTNEY CUNNINGHAM, PLLC
      FBN: 628166
      8950 SW 74th Court, Suite 2201
      Miami, FL 33156
      T:  305-351-2014
      cc@cunninghampllc.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 29, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ J. Courtney Cunningham
J. Courtney Cunningham, Esq.