UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 21-cv-22140-CMA

JESUS GONZALEZ

    Plaintiff,

vs.

DSW SHOE WAREHOUSE, INC.
d/b/a DSW at 3301 Coral Way,
HART MIRACLE MARKETPLACE, LLC
C/O HEITMAN CAPITAL MANAGEMENT LLC PARTNERSHIP

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff JESUS GONGALEZ and Defendants DSW SHOE WAREHOUSE INC. d/b/a DSW at 3301 Coral Way, HART MIRACLE MARKETPLACE, LLC c/o HEITMAN CAPITAL MANAGEMENT LLC PARTNERSHIP, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action with prejudice, each party to bear its/his own costs and fees.  The parties request that this Court terminate the action.

Dated: September 27, 2021                    Respectfully submitted,

| /s/ J. Courtney Cunningham | /s/ Sarah C. Perez |
|---|---|
| J. Courtney Cunningham, Esq. | Sarah C. Perez, Esq. |
| J. COURTNEY CUNNINGHAM, PLLC | Perez & Morris LLC |
| FBN: 628166 | FBN:  95715 |
| 8950 SW 74th Court, Suite 2201 | 8000 Ravines Edge Ct., Ste 300 |
| Miami, FL 33156 | Columbus, OH 43235-5422 |
| T:  305-351-2014 | T:  614-431-1500 |
| Email: cc@cunninghampllc.com | Email: sperez@perez-morris.com |
| Attorney for Plaintiff | Attorney for Defendant DSW Shoe Warehouse, Inc. |

/s/ Arianne B. Suarez
Arianne B. Suarez, Esq.
McGuinness & Cicero
FBN: 143529
1000 Sawgrass Corporate Pkwy, Ste 590
Sunrise, FL 33323
T: 954-838-8832
Email: absuarez@dmc-atty.com
Attorney for Defendant Hart Miracle Marketplace, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.